UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT SIAM HOBSON, | * |
| Petitioner, | * |
| v. | * Civil Action No. 14-cv-11886-IT |
| MICHAEL CORSINI, | * |
| Respondent. | * |

ORDER

October 22, 2014

TALWANI, D.J.

Before the court is Respondent Michael Corsini's Motion for More Definite Statement [#15], which was filed in response to Petitioner Albert Siam Hobson's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus [#1].

In his petition, Hobson claims to set forth four grounds in support of habeas relief. A review of the standard pleading form Hobson filed with the court, however, shows that two of the four grounds were left unidentified. Specifically, the form provides spaces to state each ground and to recite relevant facts. Under headings for "Ground One" and "Ground Two," Hobson left these spaces left blank.

Corsini claims that without clarification of Hobson's argument, it is impossible to properly respond. See Fed. R. Civ. P. 12(e). After reviewing Hobson's petition and the documents attached to that petition, the court agrees. As pled, Hobson's petition for habeas relief does not clearly identify each of his arguments in support of habeas relief. Accordingly, the Motion for More Definite Statement [#15] is ALLOWED.

It is hereby ordered that, by no later than November 24, 2014, Hobson shall file a

completed pleading form that identifies each ground for relief and all relevant facts.

IT IS SO ORDERED.

October 22, 2014                                                                /s/ Indira Talwani
                                  United States District Judge